IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 JUL 26 AM 11: 12
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| SHEILA STERKEL and RODNEY STERKEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil No. 19-CV-26-SWS |
| ) | |
| THE TRAVELERS INDEMNITY COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' *Stipulation for Dismissal With Prejudice*, and the Court having reviewed the same and being advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted or that could have been asserted in the above-captioned matter shall be and hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear their own costs and attorneys' fees incurred herein.

DATED this 26TH day of July, 2019.

BY THE COURT:

_____
U.S. DISTRICT COURT